UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-CR-464-RLW/NCC |
| ) | |
| YEV GRAY, DPM, ) | |
| NATALIE GRAY, and ) | |
| JAMES SAYADZAD, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JAMES SAYADZAD'S**
**MOTION TO WITHDRAW FROM PRETRIAL MOTIONS**

Defendant James Sayadzad, through his undersigned counsel, moves this Court to permit his withdrawal from previously filed pretrial motions in this criminal case. In support, Defendants Sayadzad states the following:

1. On March 4, 2016, Defendant Sayadzad filed or joined in joint pretrial motions with Defendants Yev Gray, DPM, and Natalie Gray, per the Court's February 2, 2016 Order (ECF No. 59; *see also* ECF No. 47).

2. The joint pretrial motions to which Defendant Sayadzad filed or joined were Defendants' Motion to Compel Disclosure of Favorable Evidence (ECF Nos. 62, 63); Defendants' Motion to Compel Production of Discovery Materials Pursuant to Fed. R. Crim. P. 16 (ECF Nos. 64, 65); Defendants' Motion for Extension of Time to File Additional Pretrial Motions (ECF No. 66); Defendants' Motion for Bill of Particulars (ECF Nos. 67, 68); Defendants' Motion for Case Management Measures (ECF No. 69); Defendants' Motion to Suppress, For a *Franks* Hearing, and Request for Related Discovery (ECF No. 70); and Defendants' Joint Motion for Early Return of Trial Subpoenas (ECF No. 71).

3.     On April 29, 2016, and May 2, 2016, Defendant Sayadzad also filed or joined in Defendants' joint Replies supporting the above-referenced pretrial motions. (ECF Nos. 87–89, 92; *see also* ECF No. 90.)

4.     As Defendant Sayadzad is scheduled to change his plea in this case (*see* ECF No. 101), he respectfully requests that this court permit him to withdraw from participation in the above-referenced pretrial motions. He will later appear before the Court to waive pretrial motions.

Dated: July 19, 2016

/s/ Sheldon T. Zenner
Sheldon T. Zenner (*pro hac vice*)
Thomas P. Peabody (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois  60661
(312) 902-5476
sheldon.zenner@kattenlaw.com
thomas.peabody@kattenlaw.com

J. William Lucco
LUCCO, BROWN, THRELKELD &
DAWSON LLP
224 St. Louis Street
Edwardsville, Illinois  62025
(618) 656-2321
blucco@lbtdlaw.com

*Counsel for Defendant James Sayadzad*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2016, I filed the foregoing Defendant James Sayadzad's Motion to Withdrawal From Pretrial Motions with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Thomas P. Peabody
Thomas P. Peabody